July 12, 1978

391 A.2d 672

Anthony et al. v. Artisand, Inc., Appellant.

Before MUNSON, J.

Submitted April 10, 1978. Charles C. Gentile, for appellant; Gerald R. Solomon, for appellees.

Judgment affirmed.